No. 10-6408. Rodney Parker, Petitioner v. United States.

562 U.S. 987, 131 S. Ct. 429, 178 L. Ed. 2d 334, 2010 U.S. LEXIS 8319.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 371 Fed. Appx. 749.

No. 10-6409. Michael Duncan, Petitioner v. United States.

562 U.S. 988, 131 S. Ct. 429, 178 L. Ed. 2d 334, 2010 U.S. LEXIS 8234.

October 18, 2010. Petition for writ of certiorari to the District of Columbia Court of Appeals denied.

Same case below, 982 A.2d 1149.

No. 10-6410. David O. Edwards, Petitioner v. United States.

562 U.S. 988, 131 S. Ct. 429, 178 L. Ed. 2d 334, 2010 U.S. LEXIS 8171.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 382 Fed. Appx. 873.

No. 10-6413. Steven Edward Miller, Petitioner v. United States.

562 U.S. 988, 131 S. Ct. 429, 178 L. Ed. 2d 334, 2010 U.S. LEXIS 8260.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 367 Fed. Appx. 807.

No. 10-6415. Jermel Pope, Petitioner v. United States.

562 U.S. 988, 131 S. Ct. 429, 178 L. Ed. 2d 334, 2010 U.S. LEXIS 8286.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 370 Fed. Appx. 735.

No. 10-6417. Shemtov Michtavi, Petitioner v. United States.

562 U.S. 988, 131 S. Ct. 430, 178 L. Ed. 2d 334, 2010 U.S. LEXIS 8263.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

No. 10-6418. Drakenold T. Nguyen, Petitioner v. United States.

562 U.S. 988, 131 S. Ct. 430, 178 L. Ed. 2d 334, 2010 U.S. LEXIS 8235.

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

Same case below, 387 Fed. Appx. 620.

No. 10-6419. Ronnie Blade, Petitioner v. United States.

562 U.S. 988, 131 S. Ct. 430, 178 L. Ed. 2d 334, 2010 U.S. LEXIS 8293, ▮▮▮

October 18, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 364 Fed. Appx. 297.